1

2

3

4

5

**Entered on Docket**
**January 28, 2011**

*Bruce A. Markell*
_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

6

7

8   PITE DUNCAN, LLP
    EDDIE R. JIMENEZ (NV Bar #10376)
9   ACE VAN PATTEN (NV Bar #11731)
    MATTHEW M. MCARTHUR (NV Bar #11649)
10  701 Bridger Avenue, Suite 700
    Las Vegas, Nevada 89101
11  Telephone: (858) 750-7600
    Facsimile: (619) 590-1385
12  E-mail: ecfnvb@piteduncan.com

13  MAILING ADDRESS:
    4375 Jutland Drive, Suite 200
14  P.O. Box 17933
    San Diego, California 92177-0933
15
    Attorneys for  Secured Creditor WELLS FARGO BANK, N.A., ALSO KNOWN AS
16                 WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A.,
                   AND FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB,
17                 FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB

18
                     UNITED STATES BANKRUPTCY COURT
19
                          DISTRICT OF NEVADA
20

21  In re                                  | Bankruptcy Case No. BK-S-10-31658-bam
                                           | Chapter 7
22  JESUS T VAZQUEZ,                        |
                                           | WELLS FARGO BANK, N.A., ALSO
23              Debtor(s).                  | KNOWN AS WACHOVIA MORTGAGE,
                                           | A DIVISION OF WELLS FARGO BANK,
24                                          | N.A., AND FORMERLY KNOWN AS
                                           | WACHOVIA MORTGAGE, FSB,
25                                          | FORMERLY KNOWN AS WORLD
                                           | SAVINGS BANK, FSB'S ORDER
26                                          | VACATING AUTOMATIC STAY
                                           | Date:   January 25, 2011
27                                          | Time:  1:30 p.m.
28

1    A hearing on Secured Creditor Wells Fargo Bank, N.A., also known as Wachovia

2    Mortgage, a division of Wells Fargo Bank, N.A., and formerly known as Wachovia Mortgage,

3    FSB, formerly known as World Savings Bank, FSB's Motion for Relief From the Automatic

4    Stay came on regularly for hearing in the United States Bankruptcy Court before the Honorable

5    Bruce A. Markell, Matthew M. McArthur appearing on behalf of Secured Creditor.

6    The court having duly considered the papers and pleadings on file herein and

7    being fully advised thereon and finding cause therefor:

8    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic

9    Stay of Title 11 U.S.C. Section 362 is hereby terminated as it applies to the enforcement by

10    Secured Creditor, of all its rights in the subject property, generally described as 2104 Carver

11    Ave, North Las Vegas, Nevada 89032-3535, and legally described as follows:

12    
13    LOT ONE HUNDRED TWENTY-SEVEN (127)
      IN BLOCK THREE (3) OF COLLEGE HEIGHTS
      NO.2. AS SHOWN BY MAP THEREOF ON FILE
      IN BOOK 8 OF PLATS. PAGE 81, IN THE
14    OFFICE OF THE COUNTY RECORDER OF
      CLARK COUNTY: NEVADA.

15    

16    APPROVED/DISAPPROVED

17    _____
      BRIAN D. SHAPIRO
18    TRUSTEE

19    /././

20    /././

21    /././

22    /././

23    /././

24    /././

25    /././

26    /././

27    /././

28    /././

In accordance with LR 9021, counsel submitting this document certifies that the order accurately

reflects the court's ruling and that (check one):

☐    The court has waived the requirement set forth in LR 9021(b)(1).

☐    No party appeared at the hearing or filed an objection to the motion.

☐    I have delivered a copy of this proposed order to all counsel who appeared at the hearing,

and any unrepresented parties who appeared at the hearing, and each has approved or

disapproved the order, or failed to respond, as indicated below [list each party and whether the

party has approved, disapproved, or failed to respond to the document]:

☐    Approved.

☐    Disapproved.

☐    Failed to respond.


☒    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order

with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of

the order.

###

Submitted by:

/s/ ,ATTHEW M. MCARTHUR
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar 11731
Attorney for WELLS FARGO
BANK, N.A., ALSO KNOWN
AS WACHOVIA
MORTGAGE, A DIVISION
OF WELLS FARGO BANK,
N.A., AND FORMERLY
KNOWN AS WACHOVIA
MORTGAGE, FSB,
FORMERLY KNOWN AS
WORLD SAVINGS BANK,
FSB